UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BROCK J. WADE,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNIE S. BISBEE, *et al.*,<br><br>   Defendants. | Case No.  3:17-cv-00450-MMD-VPC<br><br>ORDER |

Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) The Court screened the complaint, permitted claims to proceed, and referred the case to the Inmate Early Mediation Program. (ECF No. 3.)

Plaintiff now files a motion for voluntary dismissal with prejudice. (ECF No. 5.) Plaintiff states that, on June 11, 2018, Defendants granted Plaintiff a new hearing which satisfied the injunctive relief sought in his complaint. (*Id.* at 1.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case.  As such, the Court dismisses this action with prejudice. (*See* ECF No. 5 at 1 (seeking dismissal with prejudice based on satisfaction of requested injunctive relief).)

1       For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 5) is granted.

      It is further ordered that this action is dismissed in its entirety with prejudice.

      It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 3rd day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE